UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                          CASE NO. 07-50029-PCY5
                                                CHAPTER 13
JOSE R. TORRES BRAAN


_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR DEFENSE FINANCE AND ACCOUNTING which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 417491 in the amount of 18.83 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

> /s/Leigh D. Hart or
> /s/William J. Miller, Jr.
> OFFICE OF THE CHAPTER 13 TRUSTEE
> POST OFFICE BOX 646
> TALLAHASSEE, FL 32302
> ldhecf@earthlink.net
> (850) 681-2734 "Telephone"
> (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

JOSE R. TORRES BRAAN
2175 FRANKFORD AVENUE
APT. H-104
PANAMA CITY,  FL  32405

DEFENSE FINANCE & ACCOUNTING
6760 E. IRVINGTON PLACE
DENVER, CO 80279-8000

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

7/28/2011  2:28 pm / CR_213

> /s/Leigh D. Hart or
> /s/William J. Miller, Jr.
> OFFICE OF CHAPTER 13 TRUSTEE