UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                              CASE NO. 07-50029-PCY5
                                                    CHAPTER 13
JOSE R. TORRES BRAAN

_____Debtor(s)_____/

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR DEFENSE FINANCE AND ACCOUNTING which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 422808 in the amount of 21.36 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

<pre>
                         /s/Leigh D. Hart or
                         /s/William J. Miller, Jr.
                         _____
                            OFFICE OF THE CHAPTER 13 TRUSTEE
                            POST OFFICE BOX 646
                            TALLAHASSEE, FL 32302
                            ldhecf@earthlink.net
                            (850) 681-2734 "Telephone"
                            (850) 681-3920 "Facsimile"
</pre>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

<pre>
JOSE R. TORRES BRAAN           DEFENSE FINANCE & ACCOUNTING
2175 FRANKFORD AVENUE          6760 E. IRVINGTON PLACE
APT. H-104                     DENVER, CO 80279-8000
PANAMA CITY,  FL  32405

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501
</pre>

on the same date as reflected on the Court's docket as the electronic filing date for this document.

<pre>
                         /s/Leigh D. Hart or
                         /s/William J. Miller, Jr.
                         _____
10/28/2011  1:07 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
</pre>